# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0383.  BRONTREAL GILLARD v. AFRICA TIBBS.

Brontreal Gillard filed a petition for legitimation and custody of his child, and the child's mother, Africa Tibbs, counterclaimed for child support.  On June 27, 2018, the trial court entered a temporary order legitimating the child and requiring Gillard to pay child support.  Gillard filed a motion for reconsideration, which the trial court denied, and on August 3, 2018 Gillard filed a notice of appeal challenging the trial court's child support calculation in its June 27 temporary order.  Subsequently, on August 13, 2018, the trial court entered a final order granting Gillard's petition for legitimation, awarding joint legal custody to the parties and primary physical custody to Tibbs, and ordering that Gillard pay child support. We lack jurisdiction over Gillard's direct appeal.

Pretermitting whether Gillard's appeal was timely or prematurely encompassed the trial court's final order, appeals from orders in domestic relations cases must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991).  Although OCGA § 5-6-34 (a) (11) permits a direct appeal from child custody orders, Gillard does not challenge the custody rulings on appeal, and the issue raised on appeal governs whether a custody order may be appealed directly. See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (an appeal in a domestic relations case in which custody is not at issue must be brought by discretionary application).

Gillard's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  12/05/2018*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*